UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **Case No. 06-CR-66**

   **-vs-**

**DONALD B. PFAFF,**

        **Defendant.**

## ORDER

Upon the motion by the government, the Court dismisses the above-entitled indictment against Donald B. Pfaff based upon his death.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**